UNITED STATES of America, Plaintiff–Appellee,

v.

Derly DE LA GARZA, Defendant–Appellant.

No. 05–41474.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 21, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Philip G. Gallagher, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Derly De La Garza appeals from his guilty plea conviction for possession with intent to distribute 8.84 grams of cocaine base. De La Garza correctly notes that his argument, made for the first time on appeal, that the district court lacked jurisdiction to convict and sentence him be-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

cause 21 U.S.C. § 841 is unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed by *United States v. Slaughter,* 238 F.3d 580, 582 (5th Cir. 2000). The judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under